# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| RANDALL D. COLLINS, | Civil No. 09-2816 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| I-FLOW CORPORATION., *et al*., | |
| Defendants. | |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants Abbott Laboratories and Hospira, Inc., filed by the parties on April 22, 2010 [Docket No. 32].

**IT IS HEREBY ORDERED** that Defendants Abbott Laboratories and Hospira, Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: April 26, 2010
at Minneapolis, Minnesota.

                                            ___ s/ John R. Tunheim ___
                                                JOHN R. TUNHEIM
                                               United States District Judge